BENJAMIN B. WAGNER
United States Attorney
KEVIN P. ROONEY
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:13-cr-00197-AWI-BAM |
| Plaintiff, | STIPULATION TO CONTINUE STATUS HEARING; EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| THANOUSONE VOLARAT, | |
| Defendant, | |

Plaintiff United States of America, by and through its counsel of record BENJAMIN B. WAGNER, United States Attorney and KEVIN P. ROONEY, Assistant U.S. Attorney, and defendant by and through his counsel of record, MARC DAYS, hereby stipulate as follows:

1.      By previous order, this matter was set for status hearing April 27, 2015 at 10:00 a.m.

2.      By this stipulation, government moves to continue the status hearing to May 18, 2015 at 10:00 a.m., or at a time convenient to the court, and to exclude time between April 27, 2015 and May 18, 2015, under 18 U.S.C.§ 3161(h)(1)(D).  Defense counsel does not oppose this request.

3.      The parties agree and stipulate, and request that the Court find the following:

a.      Both the government and the defense need additional time to prepare for trial.

b.      This matter is trailing the lead case of 1:11-cr-00303-AWI, which is set for motion hearing on May 18, 2015 at 10:00 a.m.

1

c.      The parties have agreed to continue the date for the status conference to May 18, 2015 so all defendant's matter can be heard together.

d.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 27, 2015 to May 18, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§§ 3161(h)(7)(A) and (B)(iv) because the ends of justice is served by granting the continuance and outweigh the best interests of the public and the defendant in a speedy trial, assures continuity of counsel, and gives the defense and the government a reasonable time for effective preparation exercising due diligence.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED:  March 10, 2015                                    /s/ Kevin P. Rooney
                                                         KEVIN P. ROONEY
                                                         Assistant United States Attorney

DATED:  March 10, 2015                                    /s/ Marc Days
                                                         MARC DAYS
                                                         Attorney for Defendant

O R D E R

IT IS SO FOUND AND ORDERED that the STATUS CONFERENCE is continued to May 18, 2015 at 10:00 a.m., and time is excluded pursuant to 18 U.S.C.§§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:   March 10, 2015   

_____
SENIOR  DISTRICT  JUDGE

2